# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDITHA TORRES, | |
| Plaintiff(s), | Case No. 2:09-cv-1565-RLH-RJJ |
| vs. | **J U D G M E N T** |
| BANK OF AMERICA, N.A. a National association; JOSEFINA MENDEZ, an individual, | |
| Defendant(s). | |

This matter having come before the Court pursuant to Plaintiff's Motion for Judgment by Default (#64, filed October 21, 2010) against Defendant JOSEFINA MENDEZ only, which motion is hereby granted, for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff Editha Torres take judgment against Defendant Josefina Mendez as follows and in the following amounts:

1. $249,575.28, as and for the principal loss;
2. $250,000.00 as and for punitive damages for fraud, larceny, and intentional misrepresentation of fact;
3. $18, 080.50 as and for attorneys' fees;
4. $1,724.11 for pre-judgment costs;

/ / / /

/ / / /

5. And for interest at the legal rate on the above judgment, from the time of filing of the Complaint against Josefina Mendez.

Dated: October 27, 2010.

_____
Roger L. Hunt
Chief United States District Judge